AO 91 (Rev. 11/11) Criminal Complaint

EBP: USAO 2020R00795

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>ENITAN MOUROUKEJI AGBI<br>a/k/a "Anton Agbi," and "Tone"<br><br>*Defendant(s)* | Case No. GLS-20-2834 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **8/10/20 and 8/28/20**  in the county of  **Montgomery**  in the **_____** District of  **Maryland** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with the intent to distribute controlled substances |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Distribution of a mixture and substance containing fentanyl with death resulting |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Ryan Street, DEA
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: November 10, 2020 at 3:15 p.m.

_____
Judge's signature

City and state: Greenbelt, MD

Honorable Gina L. Simms, US Magistrate Judge
Printed name and title